UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Alan Mooney,<br><br>                   Plaintiffs,<br>v.<br><br>Priceline.com Incorporated, et al.,<br><br>                   Defendants. | Civil Action No. 0:12-cv-02731 DWF/JSM<br><br>**Meet-and-Confer Statement** |

   Pursuant to Local Rule 7.1(a)(1)(A), Defendants Carlson Hotels, Inc. and Radisson Hotels International, Inc., certify that that they have met in good faith with Plaintiff in an effort to resolve the issues raised by this motion. Purusant to Local Rule 7.1(a)(1)(B), Carlson Hotels and Radisson certify that Plaintiff agrees that this case should be remanded to state court pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 1447(c), but did not agree with the alternative request that this action be dismissed for failure to state a claim under Fed. R. Civ. 12(b)(6), and that the parties were unable to agree to a proposed order resolving this motion.

DATED: December 3, 2012          **Robins, Kaplan, Miller & Ciresi L.L.P.**

                                 By: /s/ Stephen P. Safranski
                                     Stephen P. Safranski (0331326)
                                     Adam Welle (0389951)

                                 2800 LaSalle Plaza
                                 800 LaSalle Avenue
                                 Minneapolis, MN 55402-2015
                                 612-349-8500

**Kelley Drye & Warren LLP**

William C. MacLeod
Stephen R. Freeland
3050 K Street NW
Washington D.C. 20007

August Horvath
101 Park Avenue

New York, NY 10178

*Counsel for Carlson Hotels, Inc. and
Radisson Hotels International, Inc.*