# Felhaber Larson
# Fenlon & Vogt

*A Professional Association – Attorneys at Law*

| | | |
|---|---|---|
| **MINNEAPOLIS**<br>220 South Sixth Street | Suite 2200<br>Minneapolis, MN 55402-4504<br>612 339 6321 | Fax 612 338 0535 | **David L. Hashmall**<br>(612) 373-8518<br>Fax: (612) 338-0535<br>E-Mail: dhashmall@felhaber.com<br>Reply to Minneapolis Office | **ST. PAUL**<br>444 Cedar Street | Suite 2100<br>St. Paul, MN 55101-2136<br>651 222 6321 | Fax 651 222 8905 |

January 24, 2013

**VIA ECF**
The Honorable Donovan W. Frank
United States District Court
District of Minnesota
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

RE: *Mooney v. Priceline.com, Inc., et al.*
Civil No. 12-2731 (DWF/JSM)

Dear Judge Frank:

On behalf of Defendants Priceline.Com Incorporated, Booking.Com (USA), Inc., Booking.com B.V., Orbitz Worldwide, Inc., Expedia, Inc., Hotels.Com LP, Travelocity.Com LP, Sabre Holdings Corporation, Hilton Worldwide, Inc., Trump International Hotels Management, LLC, Kimpton Hotel & Restaurant Group, LLC, InterContinental Hotels Group Resources, Inc., Starwood Hotels & Resorts Worldwide, Inc., and Marriott International, Inc., I am writing to provide a courtesy copy of the Memorandum in Opposition to the Motions to Vacate Conditional Transfer Order, filed by those Defendants before the Judicial Panel on Multidistrict Litigation in MDL No. 2405, as Document 135.

Please let me know if you have any questions.

Very truly yours,

David L. Hashmall

Enclosure

414397.1