UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alan Mooney, | Court File No. 12-CV-2731 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| Priceline.com, Inc., *et al.*, | |
| Defendants. | |

---

Please take notice that, pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Alan Mooney hereby voluntarily dismisses all claims with respect to all Defendants in the above-captioned action *with prejudice*.

DATED:     January 29, 2013

                                                  /s/ Paul R. Hansmeier
Paul R. Hansmeier (MN Bar No. 387795)
ALPHA LAW FIRM LLC
Attorney for Plaintiff Alan Mooney
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 234-5744
Email: prhansmeier@thefirm.mn