## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alan Mooney, | Civil No. 12-2731 (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Priceline.com, Incorporated; Booking.Com B.V.; Booking.Com (USA), Inc.; Orbitz, Inc.; Expedia, Inc.; Hotels.Com L.P.; Travelocity.Com L.P.; Sabre, Inc.; Hilton Worldwide, Inc.; Carlson Hotels, Inc.; Radisson Hotels International, Inc.; Trump International Hotels Management, LLC; Kimpton Hotel & Restaurant Group, LLC; InterContinental Hotels Group Resources, Inc.; Starwood Hotels & Resorts Worldwide, Inc.; Marriott International, Inc.; and John Does, 1-100, | |
| Defendants. | |

Based upon Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i) filed on January 29, 2013, (Doc. No. [92]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated:  January 31, 2013         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge